UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT
AUG 26 2010
Eastern District of Kentucky
FILED

UNITED STATES OF AMERICA

V.    INDICTMENT NO. 6:10-CR-44 GFVT
29 U.S.C. § 501

CONNIE BALL

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about February 6, 2008, and continuing through on or about May 22, 2008, in Laurel County, in the Eastern District of Kentucky,

**CONNIE BALL**

did embezzle, steal, and unlawfully and willfully convert to her own use, and the use of another, approximately $7,554.08 of money, funds, property, and other assets of the Bakery, Confectionary, Tobacco Workers and Grain Millers International Union Local 531, a labor organization of which she was an officer and employee, in violation of 29 U.S.C. § 501.

A TRUE BILL

Stephen D. Hinokes
FOREPERSON

Kerry B. Harvey
**KERRY B. HARVEY
UNITED STATES ATTORNEY**

## PENALTIES

Not more than 5 years imprisonment, a $10,000 fine, and 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.